# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**VELMA JONES**                                                                               **PLAINTIFF**

v.                          No. 2:25-cv-251-DPM

**SOUTHLAND RACING CORPORATION**                             **DEFENDANT**

## ORDER

I recuse. Paul Waddell is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2025